138 F.3d 809
 UNITED STATES of America, Plaintiff-Appellee,
v.
William Scott BARRON, Jr., Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Dennis W. THOMPSON, Defendant-Appellant.
 Nos. 96-36058, 96-36059.
 United States Court of Appeals,
Ninth Circuit.
 April 7, 1998.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, United States v. Barron, 127 F.3d 890 (9th Cir.1997), amended by slip. op. 1867, 136 F.3d 675 (March 6, 1998), and the three-judge panel unpublished disposition, United States v. Thompson, 131 F.3d 150 (9th Cir.1997), are withdrawn.
 
 
 2
 These cases are consolidated for rehearing en banc.